# Exhibit A

*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

MAGID HANDBAGS
PO BOX 1279
NEW YORK NY 10156

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684716 | 05/22/2019 | 06/04/2019 | $ 8,247.60 | 034655-2019 | 04/01/2019 | -$ 609.26 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 034815-2019 | 04/15/2019 | - 1,662.81 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 12300-2019 | 03/22/2019 | - 423.00 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 12334-2019 | 03/29/2019 | - 40.00 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 12377-2019 | 04/03/2019 | - 67.50 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 12383-2019 | 04/04/2019 | - 831.75 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 12385-2019 | 04/04/2019 | - 370.75 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 12586-2019 | 05/13/2019 | - 45.00 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 939-76208-2019 | 04/04/2019 | - 8.00 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 940-76208-2019 | 04/11/2019 | - 35.00 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 958681-2019 | 03/22/2019 | 1,562.40 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | 958682-2019 | 03/22/2019 | 11,014.92 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | PT0022642-2019 | 01/17/2019 | - 109.12 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | PT0022713-2019 | 01/31/2019 | - 63.02 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | PT0022761-2019 | 02/07/2019 | - 12.60 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | PT0022785-2019 | 02/14/2019 | - 46.06 |
| 684716 | 05/22/2019 | 06/04/2019 | 8,247.60 | PT0022986-2019 | 03/28/2019 | - 5.85 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958691-2019 | 03/27/2019 | 9,853.58 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958692-2019 | 03/27/2019 | 1,458.47 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958693-2019 | 03/27/2019 | 4,464.00 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958694-2019 | 03/27/2019 | 766.32 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958695-2019 | 03/27/2019 | 4,464.00 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958696-2019 | 03/27/2019 | 803.52 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958697-2019 | 03/27/2019 | 6,474.19 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958698-2019 | 03/27/2019 | 569.16 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958699-2019 | 03/27/2019 | 5,580.00 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958700-2019 | 03/27/2019 | 669.60 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958701-2019 | 03/27/2019 | 5,453.52 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 958702-2019 | 03/27/2019 | 669.60 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 959016-2019 | 03/28/2019 | 585.90 |
| 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 959017-2019 | 04/03/2019 | 4,882.50 |

|    | A      | B          | C          | D         | E           | F          | G        |
|----|--------|------------|------------|-----------|-------------|------------|----------|
| 43 | 685123 | 05/29/2019 | 06/05/2019 | 47,735.96 | 959028-2019 | 04/03/2019 | 1,041.60 |
| 44 | 686402 | 07/09/2019 | 07/18/2019 | 4,139.73  | 035062-2019 | 06/03/2019 | - 176.40 |
| 45 | 686402 | 07/09/2019 | 07/18/2019 | 4,139.73  | 961715-2019 | 05/02/2019 | 725.40   |
| 46 | 686402 | 07/09/2019 | 07/18/2019 | 4,139.73  | 961716-2019 | 05/02/2019 | 3,590.73 |
| 47 | TOTAL  |            |            | $ 60,123.29 | 19        |            |          |